

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00497-CV

**IN RE** Paty **MCDERMOTT**

Original Mandamus Proceeding[1]

**ORDER**

On August 8, 2022, relator filed a petition for writ of mandamus. Subsequently, real party in interest filed a response.

We **CONDITIONALLY GRANT** the petition for writ of mandamus and order the trial court, the Honorable Martha Tanner to, within fifteen days of the date this order issues, vacate the July 7, 2022 Order on Finality of Summary Judgment in the underlying proceeding. *See* TEX. R. APP. P. 52.8(c).

We are confident the trial court will comply; our writ will issue only if it does not.

It is so **ORDERED** on February 15, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI09758, styled *James William McDermott v. Paty McDermott*, pending in the 166th Judicial District Court, Bexar County, Texas. The Honorable Martha Tanner signed the orders at issue in this proceeding.